United States Bankruptcy Court
Eastern District of New York

Howard M. Ehrenberg in his capacity as L,
   Plaintiff

American Express Travel Related Services,
   Defendant

Adv. Proc. No. 20-08044-ast

# CERTIFICATE OF NOTICE

| District/off: 0207-8 | User: dbernard | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: pdf000 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion02.li.ecf@usdoj.gov | Dec 10 2020 18:04:00 | United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza - Room 560, Central Islip, NY 11722-4456 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Darryl S Laddin | on behalf of Defendant American Express Travel Related Services Company Inc. darryl.laddin@agg.com, bkrfilings@agg.com |
| Ilan D Scharf | on behalf of Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp Inc., et al ischarf@pszyjw.com, lcanty@pszjlaw.com |
| Jeffrey P Nolan | on behalf of Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp Inc., et al jnolan@pszjlaw.com, lcanty@pszjlaw.com |

District/off: 0207-8　　　　　　　　　　　User: dbernard　　　　　　　　　　　Page 2 of 2
Date Rcvd: Dec 10, 2020　　　　　　　　　Form ID: pdf000　　　　　　　　　　Total Noticed: 1
TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------
In re:                                                              :    Chapter 11
                                                                    :
ORION HEALTHCORP, INC[1].                                           :    Case No. 8-18-71748 (AST)
                                                                    :
                    Debtors.                                        :    (Jointly Administered)
---------------------------------------------------------------     :
                                                                    :
HOWARD M. EHRENBERG IN HIS CAPACITY                                 :    Adv. Pro. No. 8-20-08044 (AST)
AS LIQUIDATING TRUSTEE OF ORION                                     :
HEALTHCORP, INC., ET AL.,                                           :
                                                                    :
Plaintiff,                                                          :
                                                                    :
v.                                                                  :
                                                                    :
AMERICAN EXPRESS TRAVEL RELATED                                     :
SERVICES COMPANY, INC.,                                             :
                                                                    :
Defendant(s).                                                       :
---------------------------------------------------------------

**ORDER APPROVING STIPULATED ADJOURNMENT OF HEARING DATE**

The Proposed Stipulation signed and submitted by Plaintiff, Howard Ehrenberg, in his capacity as Liquidating Trustee of Orion Healthcare, Inc. (the "Plaintiff") and Defendant American Express Travel Related Services Company, Inc. ("Defendant"), by and through their undersigned counsel of record, is approved by the Court as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

**IT IS HEREBY ORDERED:**

1. The Pre-trial Conference be adjourned to February 9, 2021, at 2:00p.m., (prevailing Eastern Time).

2. All deadlines contained in this Court's Initial Scheduling Order [dkt item 10] are extended by 60 days.

3. Plaintiff shall docket and serve notice of this adjourned hearing within three (3) business days.



Dated: December 10, 2020
Central Islip, New York

_____
**Alan S. Trust**
**Chief United States Bankruptcy Judge**