UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | Case No. 8-18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | Adv. Pro. No. 8-20-08044 (AST) |
| Plaintiff, | |
| v. | |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. and AMERICAN EXPRESS NATIONAL BANK, | |
| Defendant. | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the parties to the above-captioned adversary proceeding (the "Adversary Proceeding"), through their undersigned counsel, that pursuant to Rule 41 of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, this Adversary Proceeding is dismissed with prejudice with each

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

party to bear its own costs.

| | |
|---|---|
| Dated: November 7, 2022 | Dated: November __, 2022 |
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Attorneys for Plaintiff Howard M. Ehrenberg, in his capacity of Liquidating Trustee of Orion Healthcorp, Inc., *et al* | **ARNALL GOLDEN GREGORY LLP**<br>Counsel for Defendants American Express Travel Related Services Company, Inc. and American Express National Bank |
| By: ___/s/ Jeffrey P. Nolan_____<br>    Ilan D. Scharf, Esq.<br>    Jeffrey P. Nolan, Esq., ( Pro Hac Vice)<br>    780 Third Avenue, 34th Floor<br>    New York, NY 10017<br>    Tel: (212) 561-7700<br>    Email:  ischarf@pszjlaw.com | By: _____<br>    Darryl S. Laddin, Esq.<br>    171 17th Street NW, Suite 2100<br>    Atlanta, GA 30363<br>    Tel: 404.873.8120<br>    Email: darryl.laddin@agg.com |

**SO ORDERED:**

party to bear its own costs.

|  |  |
|---|---|
| Dated: November __, 2022 | Dated: November 7, 2022 |
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Attorneys for Plaintiff Howard M. Ehrenberg, in his capacity of Liquidating Trustee of Orion Healthcorp, Inc., *et al* | **ARNALL GOLDEN GREGORY LLP**<br>Counsel for Defendants American Express Travel Related Services Company, Inc. and American Express National Bank |
| By: _____<br>   Ilan D. Scharf, Esq.<br>   Jeffrey P. Nolan, Esq., ( Pro Hac Vice)<br>  780 Third Avenue, 34th Floor<br>   New York, NY 10017<br>  Tel: (212) 561-7700<br>   Email:  ischarf@pszjlaw.com | By: _____<br>   Darryl S. Laddin, Esq.<br>   171 17th Street NW, Suite 2100<br>   Atlanta, GA 30363<br>   Tel: 404.873.8120<br>   Email: darryl.laddin@agg.com |

**SO ORDERED:**